UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Bobbie Wagner and Chadwick Inniss,

      Plaintiff(s),

  -v-

International Business Machines Corp.,

      Defendant(s).
-----------------------------------------------------------------X

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

21 Civ. 9443 (LTS)(SLC)

LAURA TAYLOR SWAIN, District Judge

 The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes for a specific period when the District Judge is unavailable, the time period of the referral:_____

___ Referral for discovery disputes requiring prompt attention at any time when the District Judge is not immediately available (e.g., on trial or out of town)

___ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED: New York, New York
    March 15, 2022

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
               United States District Judge