April 18, 2022

<u>VIA ECF</u>

United States Magistrate Judge Sarah Cave
United States District Court Judge for the
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: <u>Wagner et al. v. International Business Machines Corp., 1:21-CV- 09443</u>

Dear Magistrate Judge Cave:

The parties jointly request an adjournment of the initial pretrial conference scheduled for April 25, 2022, at 4 p.m.  The parties request this adjournment both because counsel for Defendant has a conflict on April 25, 2022 and because the parties have reached a tentative resolution with respect to the claims of four plaintiffs or opt-in plaintiffs and the parties need additional time to confer on the potential resolution.  These individuals are not subject to IBM's Motions to Dismiss filed on March 7, 2022 (Dkts. 18 & 21).  There have been no previous requests for adjournment.  Should Your Honor grant this adjournment, the parties are available May 26 and June 1, 2022 for the conference.

If this proposed adjournment meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

Respectfully submitted,

<u>/s/ Shannon Liss-Riordan</u>
Shannon Liss-Riordan
Counsel for Plaintiffs


<u>/s/ Matthew W. Lampe</u>
Matthew W. Lampe
Counsel for Defendant

---

Parties' letter-motion to adjourn (ECF No. 40) is GRANTED. The Initial Case Management Conference scheduled for Monday, April 25, 2022 at 4:00 pm is adjourned to **Thursday, May 26, 2022 at 4:00 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. All other terms of the original scheduling order (ECF No. 30) remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 40.

SO ORDERED 4/18/2022

SARAH L. CAVE
United States Magistrate Judge