May 19, 2022

<u>VIA ECF</u>

United States Magistrate Judge Sarah Cave
United States District Court for the
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:  <u>Wagner et al. v. International Business Machines Corp., 1:21-CV- 09443</u>

Dear Magistrate Judge Cave:

    The parties jointly request an adjournment of the initial pretrial conference currently scheduled for May 26, 2022, at 4 p.m.  As indicated in the parties' April 18, 2022 letter, the parties have reached a tentative resolution with respect to the claims of the two named plaintiffs and two additional opt-in plaintiffs. The parties need additional time to finalize the potential resolution.  These four individuals are not subject to IBM's Motions to Dismiss filed on March 7, 2022 (Dkts. 18 & 21).  There has been one previous request for adjournment, which was granted.  Should Your Honor grant this adjournment, the parties are available for a teleconference with the Court on June 29 and 30, 2022 and July 1, 2022.

    If this proposed adjournment meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

                                        Respectfully submitted,

                                        <u>/s/ Shannon Liss-Riordan</u>
                                        Shannon Liss-Riordan
                                        Counsel for Plaintiffs

                                        <u>/s/ Matthew W. Lampe</u>
                                        Matthew W. Lampe
                                        Counsel for Defendant

---

Parties' letter-motion to adjourn (ECF No. 44) is GRANTED.  The Initial Case Management Conference scheduled for Thursday, May 26, 2022 at 4:00 pm is ADJOURNED to **Wednesday, June 29, 2022 at 3:00 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  All other terms of the original scheduling order (ECF No. 30) remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 44.

SO ORDERED 05/20/2022

                                                                           SARAH L. CAVE
                                                                          United States Magistrate Judge