UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BOBBIE WAGNER and CHADWICK INNISS, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.<br><br>Defendant. | Civil Action No. 1:21-cv-09443<br><br>**JURY DEMANDED** |

## PLAINTIFFS' NOTICE OF OPT-IN CONSENT FORM FILING

Plaintiffs hereby file the attached consent forms for employees opting into the ADEA claims in this case.[1]

---

[1] For privacy purposes, counsel have redacted personal information, including addresses, telephone numbers, and e-mail addresses from the filed forms.

Dated: June 9, 2022

Respectfully submitted,

BOBBIE WAGNER and CHADWICK INNISS,
on behalf of themselves
and all others similarly situated,

By their attorneys,


/s/ Shannon Liss-Riordan
Shannon Liss-Riordan (NY Bar No. 2971927)
Thomas Fowler,
*pro hac vice* forthcoming
Zachary Rubin (NY Bar No. 5442025)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com, tfowler@llrlaw.com,
zrubin@llrlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document will be served on Defendant along with the Complaint in this matter.

/s/ Shannon Liss-Riordan
Shannon Liss Riordan