June 21, 2022

<u>VIA ECF</u>

United States Magistrate Judge Sarah Cave
United States District Court for the
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   <u>Wagner et al. v. International Business Machines Corp.</u>, 1:21-CV- 09443

Dear Magistrate Judge Cave:

The parties jointly request an adjournment of the initial pretrial conference currently scheduled for June 29, 2022, at 3 p.m. As indicated in the parties' April 18, 2022 and May 19, 2022 letters, the parties have reached a tentative resolution with respect to the claims of the two named plaintiffs and two additional opt-in plaintiffs. The parties need additional time to finalize the potential resolution. These four individuals are not subject to IBM's Motions to Dismiss filed on March 7, 2022 (Dkts. 18 & 21). There have been two previous requests for adjournment, which were granted. The parties anticipate that this will constitute the parties' final request to adjourn. Should Your Honor grant this adjournment, the parties are available July 27-29 for the conference.

If this proposed adjournment meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

Respectfully submitted,

<u>/s/ Shannon Liss-Riordan</u>
Shannon Liss-Riordan
Counsel for Plaintiffs

<u>/s/ Matthew W. Lampe</u>
Matthew W. Lampe
Counsel for Defendant

---

Parties' letter-motion to adjourn (ECF No. 48) is GRANTED. The Initial Case Management Conference scheduled for Wednesday, June 29, 2022 at 3:00 p.m. is ADJOURNED to **Tuesday, August 2, 2022 at 1:00 p.m**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. All other terms of the original scheduling order (ECF No. 30) remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 48.

SO ORDERED 06/22/2022

SARAH L. CAVE
United States Magistrate Judge