UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MARK MCCORMICK, MATTHEW LOVE,
ROBERT SNYDER, ALISON HEINTZ,
WILLIAM RICE, AND MARIA STRATAKIS,
individually and on behalf of all other similarly
situated individuals,

       Plaintiffs,

  -v-                                                  No. 21-CV-9443 (LTS) (SLC)

INTERNATIONAL BUSINESS MACHINES
CORP.,

       Defendant.

-------------------------------------------------------x

## ORDER

In light of Plaintiffs' filing of a First Amended Complaint, the pending motions directed to the original complaint are dismissed without prejudice. This order resolves docket entries 18 and 21.

    SO ORDERED.

Dated: New York, New York
       July 22, 2022

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge