September 10, 2022

<u>VIA ECF</u>

United States Magistrate Judge Sarah Cave
United States District Court for the
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   <u>Wagner et al. v. International Business Machines Corp., 1:21-CV-09443-LTS-SLC</u>

Dear Magistrate Judge Cave:

The parties jointly request an adjournment of the initial pretrial conference currently scheduled for September 13, 2022, at 3 p.m.  The parties jointly request this adjournment because, as we informed Judge Swain on September 9, 2022 (Dkt. No. 67), we are seeking a stay of the above-captioned matter based on a tentative resolution.  There have been three previous requests for adjournment prior to plaintiffs' filing of their amended complaint (Dkt. No. 54), which were granted.

If this proposed adjournment meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

Respectfully submitted,

<u>/s/ Shannon Liss-Riordan</u>
Shannon Liss-Riordan
Counsel for Plaintiffs


<u>/s/ Matthew W. Lampe</u>
Matthew W. Lampe
Counsel for Defendant

---

Parties' letter-motion seeking to adjourn the initial case management conference scheduled for Tuesday, September 13, 2022 at 3:00 pm (ECF No. 68) is GRANTED, and the conference is ADJOURNED <u>sine</u> <u>die</u>. By **Friday, September 30, 2022**, the parties shall file a stipulation of dismissal for review and endorsement by the Honorable Laura Taylor Swain, or alternatively, file a joint status letter regarding the status of resolution.

The Clerk of Court is respectfully directed to close ECF No. 68.

SO ORDERED 09/12/22

SARAH L. CAVE
United States Magistrate Judge